THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS KAPATOS, Appellant.

Argued January 17, 1940; decided March 5, 1940.

*John J. Duff, Joseph Aronstein, Joseph M. Paley* and *Joseph Pascocello* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Burr F. Coleman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.